UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL SAMSON                         JURY TRIAL DEMANDED

v.                                     CASE NO.  3:13 cv

THE SCHREIBER LAW FIRM, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times.

4. Plaintiff is a consumer within the FDCPA, in that the account involved in defendants' collection efforts arose out of a personal credit card that became in default in 2006, and was allegedly sold thereafter to a debt buyer.

5. Defendant regularly collects individual's consumer debts through the use of the telephone or mail on behalf of dozens of financial institutions or debt buyers.

6. Defendant, located at 53 Stiles Rd # A102  was not licensed as a consumer collection agency in compliance with chapter 669 Part XII of the Connecticut General Statutes in August 2013, when communicating in connection with efforts to collect plaintiff's personal account.

7. Unlicensed collection activity violates the FDCPA. Goins v. JBC & Associates, P.C., 352 F. Supp. 2d 262 (D. Conn. 2005).

8. Defendant's letter of August 25, 2013 sought amounts which were not due or owing.

9. In the collection efforts, the defendant violated the FDCPA, § 1692e, -f(1), or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

>THE PLAINTIFF

*Joanne S. Faulkner*

>BY____/s/ Joanne S. Faulkner___
>JOANNE S. FAULKNER ct04137
>123 Avon Street
>New Haven, CT 06511-2422
>(203) 772-0395
>faulknerlawoffice@snet.net